# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**YONGQING YANG and**
**MINGXIN LIU**

                                                      **PLAINTIFFS**

**v.**                           **3:22-CV-00030-BSM**

**ALEJANDRO MAYORKAS,**
Secretary, U.S. Department of
Homeland Security, *et al.*

                                                      **DEFENDANTS**

## **ORDER**

The motion to dismiss of Yongqing Yang and Mingxin Liu [Doc. No. 13] is granted, and this case is dismissed with prejudice. FED. R. CIV. P. 41.

IT IS SO ORDERED this 11th day of April, 2022.

                                                      */s/ Brian S. Miller*
                                             UNITED STATES DISTRICT JUDGE