IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

YONGQING YANG and
MINGXIN LIU
                                                                                    PLAINTIFFS

v.                                          3:22-CV-00030-BSM

ALEJANDRO MAYORKAS,
Secretary, U.S. Department of
Homeland Security, *et al.*
                                                                                    DEFENDANTS

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 11th day of April, 2022.

_____
UNITED STATES DISTRICT JUDGE